# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00430-PMP-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| LOMANDO MARK SCOTT, ) | |
| Defendant. ) | |

The Court having read and considered Defendant Scott's Motion for Bail Pending Appeal (Doc. #57), and the Government's Response in Opposition thereto (Doc. #6), and good cause appearing,

**IT IS ORDERED** that Defendant Scott's Motion for Bail Pending Appeal (Doc. #57) is **DENIED**.

DATED: December 12, 2011.

_____
PHILIP M. PRO
United States District Judge