UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,              )
                                       )
         Plaintiff,                    )
                                       )
   v.                                  )   2:10-CR-430-PMP-(GWF)
                                       )
LOMANDO MARK SCOTT,                    )
                                       )
         Defendant.                    )
                                       )

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. a Glock, Model 19, 9mm caliber, semi-automatic handgun, bearing serial number FUM135;
2. Nine (9) cartridges of R-P, Model Luger+P, 9mm caliber, ammunition; and
3. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property does not revert to LOMANDO MARK SCOTT and/or any person acting in concert with him and/or on his behalf.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 10, 2013